**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Frank G. Smith,                                                   Civil No. 05-1088 (RHK/JSM )

        Plaintiff,                                               **ORDER**

v.

Best Buy Co., Inc.,

        Defendant.

---

Pursuant to the Stipulation of Dismissal (Doc. No. 20), **IT IS ORDERED** that this

action is **DISMISSED WITH PREJUDICE**, without costs or attorney fees to any party**.**

Dated: September 7, 2006

                         s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Judge